UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMIN ZABETI, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 2:14-cv-00018-GMN-PAL |
| | ) |
| ANGELA R. ARKIN; CATHERINE H. PUTTMANN; EIGHTEENTH JUDICIAL DISTRICT COURT in and for Douglas County, Colorado; and SHANELL N. SANCHEZ, | ) **ORDER** |
| | ) |
| Defendants. | ) |

On July 8, 2014, the Court dismissed Plaintiff's claims against Defendant Sanchez and gave leave to amend by July 30, 2014, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 46.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are dismissed with prejudice. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 1st day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court